UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW REZ LLC., ET AL.,<br><br>　　　　　Defendants. | No.  2:20-cv-02340-KJM-CKD PS<br><br><br><br>ORDER |

Plaintiff, who proceeds in this action without counsel, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 3.)[1]  Plaintiff's application in support of the request to proceed in forma pauperis, however, is unsigned, and therefore it is not made under penalty of perjury.  The unsigned application fails to meet the affidavit requirement of 28 U.S.C. § 1915.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 3) is denied without prejudice; and

/////

/////

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

2. Plaintiff is granted leave to file an amended application to proceed in forma pauperis that complies with the requirements of 28 U.S.C. § 1915.

Dated:  December 1, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

17.2340.ifp deny