UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>NEW REZ. LLC, et al.,<br><br>    Defendants. | No. 2:20-cv-2340 KJM CKD PS<br><br><br>ORDER |

On March 25, 2021, the magistrate judge filed findings and recommendations which were served on both parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 24.) Plaintiff has filed objections. (ECF Nos. 25, 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 24) are adopted in full;
2. Defendant's motions to dismiss (ECF Nos. 8 & 15) are granted;
3. Plaintiff's complaints (ECF Nos. 1 & 6) are dismissed with prejudice; and
4. The Clerk of the Court is directed to close this case.

DATED: July 1, 2021.

CHIEF UNITED STATES DISTRICT JUDGE